McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06 -CR- 00116 OWW |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF OSCAR CHAVEZ |
| OSCAR CHAVEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the individual currently in custody on the above-referenced case and also known as Oscar Chavez be released from custody, it appearing that this individual may not be the individual named in the warrant.  IT IS FURTHER ORDERED that the warrant as to Oscar Chavez be re-issued.

IT IS SO ORDERED.

**Dated:    November 16, 2006** _____/s/ Lawrence J. O'Neill_____
b9ed48                              UNITED STATES MAGISTRATE JUDGE