```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
            IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )   CR F 06-116 OWW
11                               )
              Plaintiff,         )
12                               )   ORDER FOR DISMISSAL OF
         v.                      )   INDICTMENT AND RECALL OF
13                               )   WARRANT
    OSCAR CHAVEZ,                )
14                               )
                                 )
15            Defendant.         )
                                 )
16
17      Pursuant to the motion by the United States, IT IS HEREBY
18  ORDERED that the Indictment filed herein be dismissed against
19  defendant OSCAR CHAVEZ, only, without prejudice and in the interest
20  of just, and any warrant shall be recalled.
21
22
    IT IS SO ORDERED.
23
    Dated:   September 18, 2007           /s/ Oliver W. Wanger
24                                       UNITED STATES DISTRICT JUDGE
25
26
27
28
                                    1
```